IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

JOHN NIEMEYER,                          )
                                        )
            Plaintiff,                  )    TC-MD 111260C
                                        )
     v.                                 )
                                        )
YAMHILL COUNTY ASSESSOR                 )
and DEPARTMENT OF REVENUE,              )
State of Oregon,                        )
                                        )
            Defendants.                 )    **DECISION OF DISMISSAL**

     This matter is before the court on its own motion to dismiss this case for lack of

prosecution.

     On June 12, 2012, the court sent the parties an Order instructing Plaintiff to file a written

request to withdraw or three mutually acceptable trial dates by June 28, 2012.  The Order advised

that failure to comply with the June 28, 2012, deadline set forth therein would result in dismissal

of Plaintiff's appeal.

     Plaintiff's deadline has passed and the court has not received Plaintiff's written request to

withdraw or three mutually acceptable trial dates, or any further communication from Plaintiff.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Thus, the court finds this matter should be dismissed for lack of prosecution.  Now, therefore,

IT IS THE DECISION OF THIS COURT that this matter is dismissed.

Dated this ____ day of July 2012.

_____
DAN ROBINSON
MAGISTRATE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within 60 days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This document was signed by Magistrate Dan Robinson on July 5, 2012.  The Court filed and entered this document on July 5, 2012.*